IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STANLEY LAMONT BUSH**                                                                      PLAINTIFF

v.                              Case No. 4:22-cv-00511-KGB-JTR

**CLARK, Sergeant, Pulaski County
Detention Facility,** *et al.*                                                                      DEFENDANTS

## ORDER

When plaintiff Stanley Lamont Bush filed this lawsuit, he was incarcerated at the Pulaski County Detention Facility ("PCDF") (Dkt. No. 4). On November 8, 2022, mail to Mr. Bush at the PCDF was returned undeliverable (Dkt. No. 8). As a result, on November 18, 2022, the Court entered a show cause Order to require Mr. Bush to inform the Court of his current contact information within 30 days of the entry of the show cause Order (Dkt. No. 9). The Court notified Mr. Bush that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of this case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas.

As of the date of this Order, Mr. Bush has not complied with or otherwise responded to the Court's November 18, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Bush's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court declines to adopt the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge