# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**STANLEY LAMONT BUSH**                                                                 **PLAINTIFF**

v.                             Case No. 4:22-cv-00511-KGB-JTR

**CLARK, Sergeant, Pulaski County
Detention Facility,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Stanley Lamont Bush's complaint is dismissed without prejudice (Dkt. No. 1). The Court denies the relief requested. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge